HMK/mhb FS 7964A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
COUTINHO & FERROSTAAL, INC.,
formerly known as MAN FERROSTAAL, INC.

         Plaintiff,    08 CV 5254 (DLC)(KNF)
                   ECF CASE
   -against-

M/V GREAT BLOSSOM, her engines, boilers,  **RULE 7.1 STATEMENT**
tackle, etc., GREAT BLOSSOM SHIPPING LTD.,
SINOTRANS SHIP MANAGEMENT LTD.
(HONG KONG), GEARBULK AG

         Defendants
-------------------------------------------------------------X

  PURSUANT TO RULE 7.1, F.R.C.P. PLAINTIFFS CERTIFY THAT THE FOLLOWING ARE CORPORATE SHAREHOLDERS OF 10% OF THE STOCK WHICH IS PUBLICLY HELD AND HEREBY SETS FORTH PLAINTIFF'S PARENT CORPORATION:   MAN FERROSTAAL AG, MAN AG, FERROSTAAL METALS GMBH, COUTINHO & FERROSTAAL GMBH & CO. KG.

Dated: June 9, 2008

            KINGSLEY, KINGSLEY & CALKINS
            Attorneys for Plaintiff


            BY:__/S/_____
             HAROLD M. KINGSLEY
             91 W. Cherry Street
             Hicksville, New York 11801
             (516) 931-0064