*Kingsley, Kingsley & Calkins*
ATTORNEYS AT LAW
*Proctors in Admiralty*
91 W. CHERRY STREET
HICKSVILLE, NEW YORK 11801

(516) 931-0064
TELEFAX (516) 931-4313

**MEMO ENDORSED**

HAROLD M. KINGSLEY
JOAN S. KINGSLEY
STEVEN P. CALKINS

KEVIN T. MURTAGH


RECEIVED
JUN 25 2008
CHAMBERS OF
DENISE COTE

June 24, 2008

Honorable Denise Cote
United States District Judge
U. S. Courthouse
500 Pearl Street
New York, NY 10007-1312

**Via Fed Ex**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/25/08

RE:  Coutinho & Ferrostaal, Inc. v. M/V GREAT BLOSSOM, et al.
08 CIV 5254 (DLC)(KNF)
Our Ref: FS 7964A-E

Dear Judge Cote:

    We are attorneys for plaintiff in the captioned matter, and enclose herein the original and two courtesy copies of plaintiff's Affidavit in Support of Prayer for Maritime Attachment and Garnishment and for Special Process Server pursuant to Supplemental Admiralty Rule B, with proposed *Ex Parte* Order for Process of Maritime Attachment against defendant, Gearbulk AG, and proposed Order Appointing Special Process Server.

    We respectfully request issuance of the two enclosed Orders.

    Thank you.

Respectfully,

[signature]

SPC/mb
Encl.

*The plaintiff must provide a memorandum of law addressed at a minimum to the proposition that the parties' stipulation to bring damage claims here does not permit a finding that the defendant is "found" here.  Denise Cote  June 25, 2008*