# MEMO ENDORSED

HMK/mb FS 7964A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
COUTINHO & FERROSTAAL, INC.,
formerly known as MAN FERROSTAAL, INC.,

                            Plaintiff,

-against-

M/V GREAT BLOSSOM, her engines, boilers,
tackle, etc., GREAT BLOSSOM SHIPPING LTD.,
SINOTRANS SHIP MANAGEMENT LTD.
(HONG KONG), GEARBULK AG,

                            Defendants
------------------------------------------------------------X

ECF CASE

08 CV 5254 (DLC)(KNF)

ORDER APPOINTING
SPECIAL PROCESS
SERVER FOR
ORDER FOR PROCESS
OF MARITIME
ATTACHMENT AND
GARNISHMENT

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/3/08

*[Handwritten margin note: Vacated per plaintiff's withdrawal of application - letter received on 7/8/08 - [signature] July 10, 2008]*

     An application having been made by attorneys for plaintiff, Coutinho & Ferrostaal, Inc., for an Order Appointing Special Process Server pursuant to Rule 4(c) of the Federal Rules of Civil Procedure,

     NOW, good cause having been shown, it is hereby

     ORDERED, that Kevin Murtaugh, Esq., an associate attorney with Kingsley, Kingsley & Calkins, or any partner, associate, paralegal of Kingsley, Kingsley & Calkins, or duly licensed process server, be and is hereby appointed, in addition to the United States Marshal, to serve the Process of Maritime Attachment and Garnishment pursuant to Rule B of the Supplemental Admiralty Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure upon any garnishee(s) who may hold assets for, or on account of Defendant, Gearbulk AG, and the Order of Maritime Attachment and an Information Subpoena with interrogatories may

be served by way of facsimile transmission, or other verifiable means, including email, as provided in the Order for Process of Maritime Attachment..

Dated: ~~June ____, 2008~~

July 3, 2008

_____
U.S.D.J.