367-08/DPM
FREEHILL, HOGAN & MAHAR
Attorneys for Defendant
GEARBULK AG
80 Pine Street
New York, New York 10005
(212) 425-1900
Don P. Murnane, Jr. (DM-3639)
Jan P. Gisholt (JG-3768)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
COUTINHO & FERROSTAAL, INC.,
formerly known as MAN FERROSTAAL, INC.;

                Plaintiff,                08 CV 5254 (DLC)(KNF)
                                                 ECF CASE

    -against-

M/V GREAT BLOSSOM, her engines, boilers,      **NOTICE OF**
tackle, etc., GREAT BLOSSOM SHIPPING LTD.,   **APPEARANCE**
SINOTRANS SHIP MANAGEMENT LTD.
(HONG KONG), GEARBULK AG

                Defendants.
-------------------------------------------------------------x

      **PLEASE TAKE NOTICE,** Jan P. Gisholt, an associate at Freehill Hogan & Mahar, LLP, hereby appears as additional counsel on behalf of Defendant GEARBULK AG, in the above-captioned action and respectfully requests that all pleadings, notices, orders, correspondence and other papers in connection with this action be served upon him at the address below. Mr. Gisholt is admitted to practice before this Court.

                                         Respectfully submitted,
                                         /s/ Jan P. Gisholt
                                         Jan P. Gisholt (JG-3768)
                                         Freehill, Hogan & Mahar, LLP
                                         80 Pine Street

NYDOCS1/310931.1

>New York, New York 10005
>Phone: (212) 425-1900
>Fax: (212) 425-1901
>gisholt@freehill.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 19, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will automatically send email notification of such filing to all attorneys of record. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the below service list in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notice of Electronic Filing.

**VIA CM/ECF AND EMAIL**

KINGSLEY, KINGSLEY & CALKINS
Attorneys for Plaintiff Coutinho & Ferrostaal,
Inc., formerly known as Man Ferrostaal, Inc.
91 West Cherry Street
Hicksville, New York 11801
Attn: Steven P. Calkins, Esq.
(516) 931-0064

>   /s/ Jan P. Gisholt
> Jan P. Gisholt (JG-3768)

NYDOCS1/310931.1