367-08/DPM
FREEHILL, HOGAN & MAHAR
Attorneys for Defendant
GEARBULK AG
80 Pine Street
New York, New York 10005
(212) 425-1900
Don P. Murnane, Jr. (DM-3639)
Jan P. Gisholt (JG-3768)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
COUTINHO & FERROSTAAL, INC.,
formerly known as MAN FERROSTAAL, INC.;

                    Plaintiff,        08 CV 5254 (DLC)(KNF)
                                    ECF CASE
    -against-

                                    **F.R. CIV. P. RULE 7.1 STATEMENT**

M/V GREAT BLOSSOM, her engines, boilers,
tackle, etc., GREAT BLOSSOM SHIPPING LTD.,
SINOTRANS SHIP MANAGEMENT LTD.
(HONG KONG), GEARBULK AG

                    Defendants.
-----------------------------------------------------------x

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrates of the Court to evaluate possible disqualification or recusal, the undersigned attorney of record for Defendant Gearbulk AG certifies that there are no publicly held corporate parents, subsidiaries or affiliates of that party, securities or other interests in which are publicly held.

Dated:  New York, New York
           August 26, 2008

                                          Respectfully submitted,
                                          FREEHILL, HOGAN & MAHAR, LLP

                                          Don P. Murnane, Jr. (DM-3639)
                                          Jan P. Gisholt (JG-3768)
                                          Attorneys for Defendant
                                          GEARBULK AG
                                          80 Pine Street
                                          New York, NY 10005-1759
                                          Tel: 212 425-1900 / Fax: 212-425-1901

NYDOCS1/311316.1